No. 393. UNITED STATES *v.* PELZER. October 21, 1940. Petition for writ of certiorari to the Court of Claims

granted. *Solicitor General Biddle* for the United States. *Mr. Robert A. Littleton* for respondent.